**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Andrew Wilson,<br><br>         Petitioner,<br><br>  vs.<br><br>Charles Ryan, et al.,<br><br>         Respondents. | No. CV-13-00383-PHX-PGR (DKD)<br><br>ORDER |

Having reviewed *de novo* the Report and Recommendation of Magistrate Judge Duncan notwithstanding that no party has filed an objection to the Report and Recommendation, the Court finds that the Magistrate Judge correctly determined that the petitioner's habeas corpus petition, filed on February 22, 2013 pursuant to 28 U.S.C. § 2254, should be dismissed as time-barred because it was filed nine years after the AEDPA's one-year statute of limitations expired on February 26, 2004, and the petitioner has made no showing that the limitations period should be equitably tolled.  Therefore,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (Doc. 14) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that the petitioner's Petition Under 28 U.S.C. §

1    2254 for a Writ of Habeas Corpus by a Person in State Custody is denied and that
2    this action is dismissed with prejudice.
3    　　　IT IS FURTHER ORDERED that no certificate of appealability shall issue and
4    that the petitioner is denied leave to appeal *in forma pauperis* because the dismissal
5    of the petitioner's habeas petition is justified by a plain procedural bar and jurists of
6    reason would not find the procedural ruling debatable.
7    　　　IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment
8    accordingly.
9    　　　DATED this 3rd day of March, 2014.

_____
Paul G. Rosenblatt
United States District Judge